# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**613**
**CA 13-01771**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF THE ESTATE OF JOHN WAGNER,
DECEASED.
------------------------------------------------
CANANDAIGUA NATIONAL BANK AND TRUST COMPANY,
PETITIONER-RESPONDENT;

                                    MEMORANDUM AND ORDER

SALLY BAUMANN, OBJECTANT-RESPONDENT;

COLIN DESROSIERS AND MICHELLE DESROSIERS,
OBJECTANTS-APPELLANTS.
(APPEAL NO. 1.)

---

LACY KATZEN LLP, ROCHESTER (RACHELLE H. NUHFER OF COUNSEL), FOR
OBJECTANTS-APPELLANTS.

LAW OFFICE OF HEIDI W. FEINBERG, ROCHESTER (HEIDI W. FEINBERG OF COUNSEL),
FOR PETITIONER-RESPONDENT.

WOODS OVIATT GILMAN LLP, ROCHESTER (RENÉ H. REIXACH OF COUNSEL), FOR
OBJECTANT-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Monroe County (Edmund
A. Calvaruso, S.), entered July 18, 2013.  The order, among other things,
terminated a testamentary trust.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same Memorandum as in *Matter of Wagner* ([appeal No. 2] ___ AD3d ___
[Aug. 8, 2014]).

Entered:  August 8, 2014                       Frances E. Cafarell
                                                    Clerk of the Court